# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2987

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| James F. Smyth, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: February 6, 2004
Filed: February 26, 2004

_____

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

James F. Smyth appeals the 24-month prison term the district court[1] imposed after revoking his supervised release. Smyth contends that the district court abused its discretion because it failed to adequately consider the statutory sentencing factors, see 18 U.S.C. § 3583(e)(3), and the recommended sentencing range of 3-9 months in U.S.S.G. § 7B1.4, p.s. We conclude that the district court gave thorough consideration to the sentencing factors and was not bound to follow section 7B1.4's

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

sentencing recommendation.  Cf. United States v. Shaw, 180 F.3d 920, 923 (8th Cir. 1999) (per curiam).  Accordingly, we affirm the judgment of the district court.

_____